IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEANA STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 11-cv-492-JPG-SCW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: February 15, 2013         NANCY J. ROSENSTENGEL, Clerk of Court

                                 **s/Jina Hoyt, Deputy Clerk**


Approved:    s/J. Phil Gilbert
             **J. PHIL GILBERT
             DISTRICT JUDGE**